**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.:

JAMES SWAGGERTY, Derivatively on Behalf of MOLYCORP, INC.,

Plaintiff,

v.

MARK A. SMITH, JOHN L. BURBA, JOHN F. ASHBURN, JR., JAMES S. ALLEN, ROSS R. BHAPPU, BRIAN T. DOLAN, ALEC MACHIELS, MARK S. KRISTOFF, CHARLES R. HENRY, JACK E. THOMPSON, RUSSELL D. BALL, RCF MANAGEMENT, L.L.C., and PEGASUS CAPITAL ADVISORS, L.P.,

Defendants,

- and -

MOLYCORP, INC., a Delaware corporation,

Nominal Defendant.

---

**NOTICE OF RELATED CASE**

---

TO THE CLERK OF THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that pursuant to D.C.Colo.LCivR 7.5, plaintiff James Swaggerty informs the Court that his complaint filed in the above-captioned action is related to the following action currently pending in the following federal court:

*Albano v. Molycorp, Inc., et al.* No. 1:12-cv-00292-WJM, filed February 3, 2012, in the United States District Court for the District of Colorado (the "Securities Action"); and

*Wells v. Molycorp, Inc., et al.* No. 1:12-cv-00447-WJM, filed February 21, 2012, in the United States District Court for the District of Colorado (the "Derivative Action");

The above-captioned action, the Securities Action, and the Derivative Action are reasonably related in that they have at least one party in common and have common questions of law and fact.

Dated: March 7, 2012

s/Brian J. Robbins
BRIAN J. ROBBINS

BRIAN J. ROBBINS
GEORGE C. AGUILAR
ASHLEY PALMER
ROBBINS UMEDA LLP
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsumeda.com
aguilar@robbinsumeda.com
apalmer@robbinsumeda.com

GOLDFARB LLP
HAMILTON LINDLEY
2501 N. Harwood Street, Suite 1801
Dallas, TX 75201
Telephone: (214) 583-2257
Facsimile: (214) 583-2234
hlindley@goldfarbllp.com

Attorneys for Plaintiff

707870